ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 02 2021

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RAMIRO CONTRERAS-SANDOVAL,<br>   a/k/a Jorge Gomez-Sandoval,<br>   a/k/a Jose Alberto Sanchez-Rodriguez,<br>   a/k/a Manuel Santiago Vazquez,<br>   a/k/a Emmanuel Contreras-Sandoval,<br>   a/k/a Primo,<br>   a/k/a Mirin; and<br>GENARO DAVALOS-PULIDO,<br>   a/k/a Alexes Davalos,<br>   a/k/a Ivan Gomez-Gonzales,<br>   a/k/a Junior. | Criminal Indictment<br><br>No. **1:21CR434** |

THE GRAND JURY CHARGES THAT:

### Count One

Beginning on a date unknown to the Grand Jury, but at least as of in or about March 2019, and continuing thereafter up to and including October 21, 2021, in the Northern District of Georgia, and elsewhere, the defendants,

      RAMIRO CONTRERAS-SANDOVAL,
         a/k/a Jorge Gomez-Sandoval,
         a/k/a Jose Alberto Sanchez-Rodriguez,
         a/k/a Manuel Santiago Vazquez,
         a/k/a Emmanuel Contreras-Sandoval,
         a/k/a Primo,
         a/k/a Mirin, and
      GENARO DAVALOS-PULIDO,
         a/k/a Alexes Davalos,
         a/k/a Ivan Gomez-Gonzales,

a/k/a Junior,

did knowingly and willfully combine, conspire, confederate, agree, and have a tacit understanding with other persons, known and unknown to the Grand Jury, to violate Title 21, United States Code, Section 841(a)(1), that is, to knowingly and intentionally possess with the intent to distribute a controlled substance, said conspiracy involving at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, pursuant to Title 21, United States Code, Sections 841(b)(1)(A) and 841(b)(1)(C), all in violation of Title 21, United States Code, Section 846.

### Count Two

On or about April 23, 2019, in the Northern District of Georgia, the defendants,

      RAMIRO CONTRERAS-SANDOVAL,
       a/k/a Jorge Gomez-Sandoval,
       a/k/a Jose Alberto Sanchez-Rodriguez,
       a/k/a Manuel Santiago Vazquez,
       a/k/a Emmanuel Contreras-Sandoval,
       a/k/a Primo,
       a/k/a Mirin, and
      GENARO DAVALOS-PULIDO,
       a/k/a Alexes Davalos,
       a/k/a Ivan Gomez-Gonzales,
       a/k/a Junior,

aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally distribute a controlled substance, said act

involving at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Sections 841(b)(1)(A), in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

## Count Three

On or about September 11, 2019, in the Northern District of Georgia, the defendant,

          RAMIRO CONTRERAS-SANDOVAL,
            a/k/a Jorge Gomez-Sandoval,
            a/k/a Jose Alberto Sanchez-Rodriguez,
            a/k/a Manuel Santiago Vazquez,
            a/k/a Emmanuel Contreras-Sandoval,
            a/k/a Primo,
            a/k/a Mirin,

aided and abetted by others known and unknown to the Grand Jury, did knowingly and intentionally distribute a controlled substance, said act involving at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, pursuant to Title 21, United States Code, Section 841(b)(1)(A), in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Four

On or about October 21, 2021, in the Northern District of Georgia, the defendants,

>RAMIRO CONTRERAS-SANDOVAL,
>   a/k/a Jorge Gomez-Sandoval,
>   a/k/a Jose Alberto Sanchez-Rodriguez,
>   a/k/a Manuel Santiago Vazquez,
>   a/k/a Emmanuel Contreras-Sandoval,
>   a/k/a Primo,
>   a/k/a Mirin, and
>GENARO DAVALOS-PULIDO,
>   a/k/a Alexes Davalos,
>   a/k/a Ivan Gomez-Gonzales,
>   a/k/a Junior,

aided and abetted by each other and others known and unknown to the Grand Jury, did knowingly and intentionally possess with the intent to distribute a controlled substance, said act involving at least 500 grams of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, pursuant to Title 21, United States Code, Sections 841(b)(1)(A) and 841(b)(1)(C), all in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

## Count Five

On or about October 21, 2021, in the Northern District of Georgia, the defendants,

        RAMIRO CONTRERAS-SANDOVAL,
          a/k/a Jorge Gomez-Sandoval,
          a/k/a Jose Alberto Sanchez-Rodriguez,
          a/k/a Manuel Santiago Vazquez,
          a/k/a Emmanuel Contreras-Sandoval,
          a/k/a Primo,
          a/k/a Mirin, and
        GENARO DAVALOS-PULIDO,
          a/k/a Alexes Davalos,
          a/k/a Ivan Gomez-Gonzales,
          a/k/a Junior,

aided and abetted by each other and by others known and unknown to the Grand Jury, did knowingly possess a firearm, that is a Beretta, Model 92A1, 9mm pistol, in furtherance of the drug trafficking crimes for which the defendants may be prosecuted in a Court of the United States, that is, the drug trafficking crime described in Count Four of this Indictment, in violation of Title 18, United States Code, Section 924(c)(1)(A)(i), and Section 2.

## Count Six

On or about October 21, 2021, in the Northern District of Georgia, the defendant,

>GENARO DAVALOS-PULIDO,
>a/k/a Alexes Davalos,
>a/k/a Ivan Gomez-Gonzales,
>a/k/a Junior,

knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, that is importation of methamphetamine into the United States from Mexico, in or about 2013, in the United States District Court for the Southern District of Texas, case number 7:12-CR-1509, did knowingly possess at least one of the following firearms in and affecting interstate and foreign commerce: a Beretta, Model 92A1, 9mm pistol and a Bushmaster, Model BA50, .50 caliber rifle, all in violation of Title 18, United States Code, Section 922(g)(1).

## Count Seven

On or about October 21, 2021, in the Northern District of Georgia, the defendant,

>RAMIRO CONTRERAS-SANDOVAL,
>a/k/a Jorge Gomez-Sandoval,
>a/k/a Jose Alberto Sanchez-Rodriguez,
>a/k/a Manuel Santiago Vazquez,
>a/k/a Emmanuel Contreras-Sandoval,
>a/k/a Primo,
>a/k/a Mirin,

knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess at least one of the following firearms in and affecting

interstate and foreign commerce: a Beretta, Model 92A1, 9mm pistol and a Bushmaster, Model BA50, .50 caliber rifle, all in violation of Title 18, United States Code, Section 922(g)(5)(A).

## PRIOR CONVICTION NOTICE

Before the defendant, GENARO DAVALOS-PULIDO, a/k/a Alexes Davalos, a/k/a Ivan Gomez-Gonzales, a/k/a Junior, committed the offenses described in Counts 1, 2, and 4 of this Indictment, DAVALOS-PULIDO was convicted, on or about February 25, 2013, of importation of methamphetamine into the United States from Mexico, in the United States District Court for the Southern District of Texas, a serious drug felony, for which DAVALOS-PULIDO served more than 12 months of imprisonment, and for which DAVALOS-PULIDO was released from serving any term of imprisonment related to that offense within 15 years of the commencement of the offenses described in Counts 1, 2, and 4 of this Indictment.

## Forfeiture Provision

Upon conviction of one or more of the offenses alleged in Counts One through Four of this Indictment, the defendants,
    RAMIRO CONTRERAS-SANDOVAL,
     a/k/a Jorge Gomez-Sandoval,
     a/k/a Jose Alberto Sanchez-Rodriguez,
     a/k/a Manuel Santiago Vazquez,
     a/k/a Emmanuel Contreras-Sandoval,
     a/k/a Primo,
     a/k/a Mirin, and
    GENARO DAVALOS-PULIDO,

7

> a/k/a Alexes Davalos,
> a/k/a Ivan Gomez-Gonzales,
> a/k/a Junior,

shall forfeit to the United States, pursuant to Title 21, United States Code, Sections 853(a), all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of the said violations, including, but not limited to, the following:

> a. MONEY JUDGMENT: A sum of money in United States currency equal to the amount of proceeds the defendant obtained as a result of the offenses alleged in Counts One through Four of this Indictment.

Upon conviction of the offenses alleged in Count Five and Seven of this Indictment, the defendant,

> RAMIRO CONTRERAS-SANDOVAL,
> a/k/a Jorge Gomez-Sandoval,
> a/k/a Jose Alberto Sanchez-Rodriguez,
> a/k/a Manuel Santiago Vazquez,
> a/k/a Emmanuel Contreras-Sandoval,
> a/k/a Primo,
> a/k/a Mirin,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c) all firearms and ammunition involved in and used in said offense, including, but not limited to the following:

> (a) Beretta, Model 92A1, 9mm pistol, serial number K43113Z;
>
> (b) Bushmaster, Model BA50, .50 caliber rifle, serial number SD003398R; and

(c) Any and all ammunition recovered from the execution of a search warrant at 1248 Santa Anna Drive "A" Norcross, Georgia on or about October 21, 2021.

Upon conviction of one or more of the offenses alleged in Counts Five and Six of this Indictment, the defendant,

GENARO DAVALOS-PULIDO,
a/k/a Alexes Davalos,
a/k/a Ivan Gomez-Gonzales,
a/k/a Junior,

shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in and used in said offense, including, but not limited to the following:

(a) Beretta, Model 92A1, 9mm pistol, serial number K43113Z;

(b) Bushmaster, Model BA50, .50 caliber rifle, serial number SD003398R; and

(c) Any and all ammunition recovered from the execution of a search warrant at 1248 Santa Anna Drive "A" Norcross, Georgia on or about October 21, 2021.

If, as a result of any act or omission of the defendant, any property subject to forfeiture:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third person;

    c.    has been placed beyond the jurisdiction of the Court;

    d.    has been substantially diminished in value; or

  e.  has been commingled with other property which cannot be subdivided without difficulty;

the United States intends, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c) and Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of said defendant up to the value of the forfeitable property described above.

A __True_____ BILL

__Delbra T. Brunson__
FOREPERSON

KURT R. ERSKINE
 *Acting United States Attorney*

NICHOLAS HARTIGAN
 *Assistant United States Attorney*
Georgia Bar No. 408147
600 U.S. Courthouse
75 Ted Turner Drive, S.W.
Atlanta, GA 30303
404-581-6014; Fax: 404-581-6181