# Exhibit A

# SEARCH WARRANT

**TO ANY LAWFUL OFFICER TO EXECUTE AND RETURN:**

Affidavit having been made before me by a post certified law enforcement officer P. Rose, of the following agency, Lawrenceville PD, charged with the duty to investigate criminal activity and enforce the criminal laws of the state of GEORGIA and that said officer has reason to believe **that on the premises within GWINNETT County, GEORGIA, known as and more particularly described as:**

| |
|---|
| **1248 Santa Anna Dr (A)**<br>**NORCROSS, GA, 30093** |

1248 Santa Anna Drive (A) is a duplex style house, with the specific address requested being on the left side. The residence has yellow siding and a white front door with the letter "A" in the middle of the door. Officers are currently on scene at the residence.

The information of person to be searched

**There is probable cause to believe that the following crime(s) (is being/has been/have been) committed. (List all applicable offenses and code sections.)**

| Offense(s) | Code Section(s) |
|---|---|
| TRAFFICKING IN COCAINE, ILLEGAL DRUGS, MARIJUANA, OR METHAMPHETAMINE | 16-13-31 |

**The list of certain property, items, articles, instruments to be searched for and seized are located in GWINNETT County, GEORGIA and are specifically described as follows:**

Affiant requests a search warrant to search the entire residence of 1248 Santa Anna Dr, (A) Norcross, Georgia, 30093 (Gwinnett County) including the outside curtilage of the residence, any outbuildings, and the Subject's vehicle, a black 2008 Porsche Cayenne, VIN#WP1AA29P08LA19282. The search will be in order to find any illegal narcotics such as, but not limited to methamphetamine or any other controlled substance such as prescriptions pills illegally possessed or possessed with intent to distribute. Any paraphernalia by which methamphetamine or any other controlled substance can be smoked, injected, snorted, consumed, or weighed to include (but not limited to): syringes, pipes, straws, U.S. Currency, razor blades, measuring/weighing devices, paper bindles, plastic bags, vials, and other containers commonly with the storage, packaging, and use of methamphetamine or other controlled substances. Articles of personal property tending to establish and document sales of controlled substances. Any money ledgers, cellular devices, and weapons. Also, any identifying documents related to suspects involved in the illegal activity are being sought as well. This can include, but not limited to driver's licenses, passports, Government issued ID cards, or any other forms of identification.

**The foregoing described property, items, articles, instruments and person(s) to be searched for and seized constitute evidence connected with the foregoing listed crime(s) and is/are: (O.C.G.A. 17-5-21)**

- ☑ designed for use in the commission of the crime(s) herein described.
- ☑ intended for use in the commission of the crime(s) herein described.
- ☑ has/have been used in the commission of the crime(s) herein described.
- ☐ stolen;    ☐ embezzled; property;
- ☑ contraband, the possession of which is unlawful.
- ☑ tangible, corporeal or visible evidence of the commission of the crime(s) set forth above.
- ☐ intangible, incorporeal or invisible evidence of the commission of the crime(s) set forth above.
- ☐ a person who has been kidnapped in violation of the laws of this state or who has been kidnapped in another jurisdiction and is now concealed within this state.
- ☐ a human fetus;    ☐ a human corpse.
- ☐ a person for whom an arrest/fugitive warrant has been issued. (Brown v. State, 240 Ga. App. 321

☐ other:

I am satisfied that there is probable cause to believe that the certain person(s), property, items, articles, and instruments, specifically described herein, is/are being concealed on the premises/person(s) above described and that reasonable grounds exist for the application and issuance of this search warrant.

You are hereby commanded to immediately search the above described premises/person(s), for the above list of specifically described person(s), property, items, articles, instruments and making the search at any time of the day or night and if any of the above-listed person(s), property, items, articles, and instruments can be found to seize them. You shall leave a copy of this warrant and a receipt listing any person(s), property, items, articles, and instruments seized. A written inventory, signed under oath by the officer executing this search warrant, listing the person(s), property, items, articles, and instruments seized shall be prepared without unnecessary delay and shall be returned to me or to any judicial officer of this court. (O.C.G.A. 17-5-29)

**EXECUTION OF SEARCH WARRANT:** This search warrant shall be executed within ten days from the time of issuance. If the warrant is executed, the duplicate copy shall be left with any person from whom the listed person(s), property, items, articles, and instruments were seized; or if no person is available, the copy shall be left in a conspicuous place on the premises particularly described above. Any search warrant not executed within ten days from the time of issuance shall be void and shall be returned to this court. (O.C.G.A. 17-5-25)

**USE OF FORCE IN EXECUTION OF SEARCH WARRANT:** Necessary and reasonable force may be used to effect an entry into any building or property or part thereof to execute this search warrant if, after verbal notice, or an attempt in good faith to give verbal notice, by the officer directed to execute the same of the officer's authority and purpose:

    (1) The officer is refused admittance;
    (2) The person or persons within the building or property or part thereof refuse to acknowledge and answer the verbal notice or the presence of the person or persons therein is unknown to the officer; or
    (3) The building or property, or part thereof, is not then occupied by any p0erson. (O.C.G.A. 17-5-27)

**DETENTION AND SEARCH OF PERSON(S) ON THE PREMISES:** In the execution of the search warrant the officer executing the same may reasonably detain or search any person in the place at the time. The scope of the detention and search must be reasonably limited to the purposes of:

    (1) protecting an officer from attack; or
    (2) preventing the disposal or concealment of any instruments, articles, or things particularly described in the search warrant. (O.C.G.A. 17-5-28)

☐ "NO KNOCK PROVISION."
It appearing from affidavit docketed in this case, and such sworn oral testimony as may have been noted, if any, on the application for this search warrant, that there are reasonable grounds to believe that the giving of verbal notice would:

    ☐    greatly increase the peril to officer(s) executing this warrant;

    ☐    lead to the immediate destruction of any of the list of property, articles and instruments ordered to be seized.

I swear or affirm that all of the information contained in this Affidavit and all other testimony given by me is true and correct to the best of my knowledge and belief

| Signature: *(signed)*<br>**21st day of October, 2021 at 05:39:18 PM** | Agency: : **Lawrenceville PD** |
|---|---|
| Prosecutor: **P. Rose** | Badge No: **196** |

SO ORDERED, **21st day of October, 2021 at 05:39:42 PM**

| | |
|---|---|
| *John K Ireland* (signature) <br><br> Signature: <br><br> 21st day of October, 2021 at 05:39:42 PM | **GWINNETT MAGISTRATE COURT** |
| Magistrate: **John Ireland** | **STATE OF GEORGIA** |

SW-21X01279-000003

# IN THE MAGISTRATE COURT OF GWINNETT COUNTY, GEORGIA

Search Warrant Number #: 21X01279

Docket Number #: E025178

## AFFIDAVIT & APPLICATION FOR A SEARCH WARRANT

The undersigned **P. Rose**, being duly sworn, deposes and says: I am a duly sworn, POST certified law enforcement officer in the state of Georgia charged with the duty to investigate criminal activity and enforce the criminal laws of this state. This is an application for a search warrant and my affidavit in support hereof. Pursuant to O.C.G.A. 17-5-20, et. seq., I am making this sworn affidavit setting forth that there exists probable cause to believe that:

   A. specific offense(s) is/are being committed/have been committed; and
   B. specifically described property and items and/or persons are to be searched for and seized and constitute evidence of these specific offenses; and
   C. the property and items and/or persons constituting evidence to be searched for and seized are located at the particular place to be searched.

**There is probable cause to believe that the following crime(s) (is being/has been/have been) committed. (List all applicable offenses and code sections.)**

| Offense(s) | Code Section(s) |
|---|---|
| **TRAFFICKING IN COCAINE, ILLEGAL DRUGS, MARIJUANA, OR METHAMPHETAMINE** | 16-13-31 |

The information of person to be searched

**The list of certain property, items, articles, instruments, to be searched for and seized are located in GWINNETT County, Georgia and are specifically described as follows:**

Affiant requests a search warrant to search the entire residence of 1248 Santa Anna Dr, (A) Norcross, Georgia, 30093 (Gwinnett County) including the outside curtilage of the residence, any outbuildings, and the Subject's vehicle, a black 2008 Porsche Cayenne, VIN#WP1AA29P08LA19282. The search will be in order to find any illegal narcotics such as, but not limited to methamphetamine or any other controlled substance such as prescriptions pills illegally possessed or possessed with intent to distribute. Any paraphernalia by which methamphetamine or any other controlled substance can be smoked, injected, snorted, consumed, or weighed to include (but not limited to): syringes, pipes, straws, U.S. Currency, razor blades, measuring/weighing devices, paper bindles, plastic bags, vials, and other containers commonly with the storage, packaging, and use of methamphetamine or other controlled substances. Articles of personal property tending to establish and document sales of controlled substances. Any money ledgers, cellular devices, and weapons. Also, any identifying documents related to suspects involved in the illegal activity are being sought as well. This can include, but not limited to driver's licenses, passports, Government issued ID cards, or any other forms of identification.

**The foregoing described property, items, articles, instruments and person(s) to be searched for and seized constitute evidence connected with the foregoing listed crime(s) and is/are: (check ALL that are applicable) (O.C.G.A. 17-5-21):**

- ☑ designed for use in the commission of the crime(s) herein described.
- ☑ intended for use in the commission of the crime(s) herein described.
- ☑ has/have been used in the commission of the crime(s) herein described.
- ☐ stolen;    ☐ embezzled; property;
- ☑ contraband, the possession of which is unlawful.

- ☑ tangible, corporeal or visible evidence of the commission of the crime(s) set forth above.
- ☐ intangible, incorporeal or invisible evidence of the commission of the crime(s) set forth above.
- ☐ a person who has been kidnapped in violation of the laws of this state or who has been kidnapped in another jurisdiction and is now concealed within this state.
- ☐ a human fetus;   ☐ a human corpse.
- ☐ a person for whom an arrest/fugitive warrant has been issued. (Brown v. State, 240 Ga. App. 321)
- ☐ Other:

**The facts establishing probable cause in searching for and seizing the foregoing specifically described person(s), property, items, articles, instruments connected with the foregoing crime(s) at the location described herein are: (Set forth facts connecting all crimes, all items to searched for & seized, at the location to be searched.)**

STATEMENT OF PROBABLE CAUSE

AFFIDAVIT OF PATRICK ROSE
IN SUPPORT OF SEARCH WARRANTS

Investigator Patrick Rose declares as follows:
   I have been a Georgia Certified peace officer for eight years and am presently employed as an Investigator for the Lawrenceville Police Department Crime Suppression Unit (CSU). I have over 1,000 total hours of training in criminal investigations, gang investigations, drug investigations, and policing.
   Affiant has made multiple arrests to include but not limited to robbery, burglary, VGCSA possession, distribution, and trafficking, and numerous other crimes. Affiant was previously employed by the Cobb County Police Department as an investigator for the Violent Incident and Early Response (VIPER) Unit. A unit that specializes in violent crimes, the arrests of violent offenders, and the suppression of crime in high crime areas.

   Based on affiant's knowledge, training and experience in drug, and violent crime investigations, this Affiant knows that:

1. Persons involved in illegal drug activity will often place their assets in persons' names other than their own or in the names of corporations to avoid the detection and seizure of said assets by law enforcement personnel. However, the drug trafficker will maintain control of the assets.
2. It is common for persons involved in illegal drug activity to keep books, records, receipts, notes, ledgers, money orders, and documents related to the transportation and distribution of illegal drugs. These items are kept to provide a record of debts owed to or by the drug trafficker.
3. Persons involved in illegal drug activity will often keep large amounts of cash on hand in order to facilitate further drug transactions.
4. Persons involved in illegal drug activity use landline telephones, cellular telephones, and pagers to further facilitate drug transactions. They will often keep telephone/address books, handwritten notes of customers, co-conspirators, and other people involved in drug activity.
5. Persons involved in illegal drug activity will often keep photographs and videotapes of co-conspirators, assets, and/or controlled substances.
6. Persons involved in illegal drug activity will use false identification and/or aliases to protect their identity from being known to law enforcement personnel and to further their illegal drug activities.
7. Persons involved in illegal drug activity will utilize safes, strongboxes, and safe deposit boxes, or other secure receptacles to maintain valuable items and/or import documents, including books, records, and other writing, as well as U. S. currency.
8. Persons involved in illegal drug activity will utilize electronic radio equipment to counter law enforcement surveillance tactics. This electronic equipment includes, but is not limited to, VHF, FM and citizen band transceivers, receivers, scanners, antennas, RF detectors, walkie-talkies, wireless transmitters, as well as other electronics which are used ancillary to such equipment, including but not limited to electrical calibration equipment, meters, and test equipment.
9. Persons involved in illegal drug activity will maintain the necessary paraphernalia for manufacturing, packaging, cutting, weighing, and distributing their illegal contraband.
10. Persons involved in illegal drug activity will often keep in their possession firearms or other weapons, which they will use to protect their drug organization.

   SYNOPSIS
Based on the facts set out herein, I believe there is probable cause for the issuance of search warrants

commanding the search of the following location:
1) 1248 Santa Anna Dr, (A) Norcross, Georgia, 30093 (Gwinnett County)

Furthermore, based on the facts set out herein and my experience with other similar investigations, I believe that the information/property sought by this search warrant will result in corroborating evidence, which tends to show subjects at this address have committed a crime, to wit, trafficking in VGCSA.

INTRODUCTION

PC Search Warrant: 1248 Santa Anna Drive "A", Norcross, GA 30092.

In February 2019, DEA Atlanta began investigating the drug trafficking activities of CONTRERAS-SANDOVAL a/k/a/ "JORGE", and Ivan GOMEZ-GONZALES a/k/a "JUNIOR, and others in the Atlanta, Georgia area. Agents believe is a drug supplier who used a home located at 2204 Harbin Terrace Drive, Morrow, Georgia ("the Harbin Terrace Home") to process, store, and distribute methamphetamine.

SEIZURE in April

April 23, 2019 Seizure of Methamphetamine from the Harbin Terrace Home

On April 23, 2019, agents conducted surveillance at 2204 Harbin Terrace Drive, Morrow, Georgia ("the Harbin Terrace Home"). At approximately 2:30 p.m., agents observed CONTRERAS-SANDOVAL and GOMEZ-GONZALES depart the residence in a white 2013 Nissan Pathfinder bearing Georgia license plate PRD3326 and drive to 2423 Lake Harbin Road, Morrow, Georgia, a shopping center containing multiple businesses. Agents observed CONTRERAS-SANDOVAL and GOMEZ-GONZALES park the white Nissan Pathfinder next to a silver Saturn Astro XR bearing Georgia license plate RQJ1219.

Shortly thereafter, agents observed the silver Saturn depart from the shopping center and travel to the Harbin Terrace Home. Agents observed CONTRERAS-SANDOVAL and GOMEZ-GONZALES get out of the silver Saturn and transport twelve buckets, four blue colanders, and a clear plastic pitcher from the Harbin Terrace Home to the silver Saturn. CONTRERAS-SANDOVAL and GOMEZ-GONZALES then drove the silver Saturn back to the shopping center at 2423 Lake Harbin Road. Agents observed CONTRERAS-SANDOVAL and GOMEZ-GONZALES park the silver Saturn next to the white Nissan Pathfinder they had originally driven and enter a business called La Consentida. Shortly thereafter, CONTRERAS-SANDOVAL and GOMEZ-GONZALES left the business, got back in the white Nissan Pathfinder, and drove away. Agents observed the white Nissan Pathfinder return to the Harbin Terrace Home. That same day, at approximately 3:02 p.m., agents observed a man, later identified as Julio Kevin Gomez-Rodriguez, walk out of La Consentida, get into the driver's seat of the silver Saturn Astro XR bearing Georgia license plate RQJ1219, and drive away. Agents maintained surveillance on the silver Saturn as it drove from the shopping center. At approximately 3:13 p.m., Clayton County police conducted a traffic stop on the silver Saturn. Gomez-Rodriguez consented to a search of the vehicle. A narcotics canine alerted to the passenger compartment of the silver Saturn. During a search of the silver Saturn, officers determined that eight of the buckets in the silver Saturn contained a white liquid that appeared to be paint mixed with what suspected liquid methamphetamine. Additionally, officers seized four blue colanders containing what appeared to be methamphetamine residue, four empty blue buckets containing what appeared to be methamphetamine residue, and a clear plastic pitcher.

Field tests conducted on one of the blue colanders and one of the empty blue buckets returned positive results for the presence of methamphetamine. Agents recognized the colanders and buckets as the same ones they had observed CONTRERAS-SANDOVAL and GOMEZ-GONZALES transport from the Harbin Terrace Home to the silver Saturn earlier that day.

The DEA laboratory later determined that the white liquid in the eight buckets tested positive for the presence of methamphetamine. Agents believe the eight buckets contained approximately 153 kilograms of liquid methamphetamine mixed with paint. Clayton County police arrested Gomez-Rodriguez for Trafficking Methamphetamine under Georgia state law.

June 3, 2019 delivery of 3 kilograms of methamphetamine and return to the Harbin Terrace Home

18. On June 3, 2019, Georgia Bureau of Investigation (GBI) agents used a confidential source ("CS-3")(CS-3 has a criminal history, including convictions for financial card fraud and driving while license suspended. CS-3 has been cooperating with GBI since May 2019 and is currently cooperating in the hopes of consideration on a trafficking methamphetamine charge, but no promises have been made to CS-3 regarding any such reward. CS-3 has been involved with moving money for multiple drug traffickers for approximately 10 years, and CS-3 has been involved with SWEATT's drug trafficking for approximately two years. CS-3 has provided reliable information which has led to the purchase of drugs and confirmed intelligence about drug trafficking organizations. Where possible, agents have corroborated information that CS-3 provided through text messages, recorded phone calls, and the use of undercover agents) to arrange for an undercover agent ("UC") to collect three kilograms of methamphetamine from a drug source of supply for Lindsey Bruce SWEATT. SWEATT is an inmate at Valdosta State Prison, located in Valdosta, Georgia serving a sentence for Trafficking Methamphetamine under Georgia state law. At GBI's instruction, CS-3 called SWEATT, using 404-312-3291, to arrange the transaction. SWEATT directed CS-3 and the UC to meet the drug

supplier at an AutoZone located at 6702 Mount Zion Boulevard, Morrow, Georgia. A Hispanic man, later identified as ZUNIGA, arrived in a blue Nissan pickup truck and delivered three kilograms of methamphetamine to the UC. CS-3 sat in the car while the UC received the drugs. According to CS-3, payment for the drugs had already been arranged by SWEATT's brother. The suspected methamphetamine field-tested positive for the presence of methamphetamine. After delivering the drugs, agents followed ZUNIGA as he drove directly back to the Harbin Terrace Home. Since June 3, 2019, agents have conducted physical surveillance at the Harbin Terrace Home and observed ZUNIGA at that location.

During the investigation agents Intercepted three separate phones used by CONTRERAS-SANDOVAL pursuant to federal court authorization. On September 13, 2019, court authorized interception of wire and electronic communications over 470-309-6424 (TT#2), used by CONTRERAS-SANDOVAL. On November 18, 2019, court authorized interception of wire and electronic communications over 661-365-1417 (TT#3), used by CONTRERAS-SANDOVAL. On December 5, 2019, court authorized interception of wire and electronic communications over 678-650-5179 (TT#4), used by CONTRERAS-SANDOVAL. Pursuant to the federal court order agents intercepted number phones related to CONTRERAS-SANDOVAL drug trafficking activities.

CD1 and CD2

Cooperating Defendant #1 (CD-1) and Cooperating Defendant #2 (CD-2) – During the wiretap investigation, agents intercepted communications during which CD-1 and CD-2 communicated with each other about drug trafficking and communicated with CONTRERAS-SANDOVAL about drug trafficking. Neither CD-1 nor CD-2 had any prior criminal history before their arrests in this investigation. CD-1 and CD-2 are cooperating in the hopes of receiving consideration for a lower sentence after their conviction for drug trafficking charges.

CD-1 said that CONTRERAS-SANDOVAL was one of CD-1's drug suppliers. CD-1 explained that he went to the Harbin Terrace Home on multiple occasions to meet with CONTRERAS-SANDOVAL. During the wiretap investigation discussed herein, agents observed CD-1 at the Harbin Terrace Home. CD-1 observed large buckets in the garage of the Harbin Terrace Home that were filled with liquid. According to CD-1, CONTRERAS-SANDOVAL said that the methamphetamine was delivered in liquid form in these buckets. CD-1 noted that the Harbin Terrace Home was the location where CONTRERAS-SANDOVAL stored drugs.

CD-2 said that he/she delivered drugs for CONTRERAS-SANDOVAL and picked them up from the Harbin Terrace Home. CD-2 recognized GOMEZ-GONZALES as one of CONTRERAS-SANDOVAL's workers at the Harbin Terrace Home who was involved with preparing methamphetamine for distribution and distributing methamphetamine. CD-2 confirmed that the Harbin Terrace Home was a stash location used by CONTRERAS-SANDOVAL to store drugs for further distribution. CD-2 said that there were buckets with blue and white labels stored in the garage in the house, and large amounts of processed methamphetamine was stored in a duffle bag in a closet. At CONTRERAS-SANDOVAL's request, CD-2 disposed of approximately 100 of these buckets. During the wiretap investigation discussed herein, agents observed CD-2 meeting with CONTRERAS-SANDOVAL at the Harbin Terrace Home. During one of CD-2's visits to the Harbin Terrace Home, CD-2 observed methamphetamine drying on sheets of cardboard in one of the bedrooms.

On August 25, 2021, DEA agents, met with Confidential Sources ("CS") who provided information regarding the drug trafficking activities of CONTRERAS-SANDOVAL a/k/a "Jorge Gomez-Sandoval", Jorge and "Mirin".

The CS is facing federal charges originating from District of Colorado for felony drug trafficking offenses. The CS is working with DEA for consideration on these pending federal charges, but no promises have been made to the CS. Other than being previously charged with assault charge, DUI and stolen property, the CS has no other known criminal history. The CS has provided information to DEA agents that has been independently verified as accurate and has also corroborated information previously known to DEA agents. Thus, I believe the CS is reliable.

Agents started the interview by explaining the terms of the interview and advised the CS that the information that the CS provided during the interview about drug trafficking and money laundering wouldn't be used against the CS. The CS advised he/she understood the terms of the interview.

Agents showed the CS a picture of CONTRERAS-SANDOVAL. The CS confirmed that he/she knew him as "Mirin". The CS advised he/she has known CONTRERAS-SANDOVAL since 2004. The CS advised he/she met CONTRERAS-SANDOVAL through a mutual friend.

Agents played session 1616 and 1620, which are phone calls intercepted during a federal order wire intercept on TT#4. The CS recognized the voices and said the conversation was between CONTRERAS-SANDOVAL and "Abel". Agents have identified "Abel" as Abel CONTRERAS-SANDOVAL ("ABEL"), a/k/a UM395, who is believed to be residing in Guadalajara, Mexico. The CS advised that ABEL was CONTRERAS-SANDOVAL's brother.

The CS advised CONTRERAS-SANDOVAL was a drug trafficker who operated in California, Colorado, and the metropolitan Atlanta, Georgia area. The CS advised CONTRERAS-SANDOVAL did not have a job.

The CS advised that CONTRERAS-SANDOVAL worked for his brother, ABEL. The CS explained

CONTRERAS-SANDOVAL was in charge of distributing trafficking amounts of drugs in the United States. The CS advised ABEL would supply CONTRERAS-SANDOVAL with the drugs from Mexico.

The CS stated ABEL would send the liquid drugs to CONTRERAS-SANDOVAL from Ciudad Juarez, Mexico to the United States concealed in custom made gas tanks. The CS advised CONTRERAS-SANDOVAL would then convert the liquid methamphetamine into a crystal ice methamphetamine. The CS also advised that ABEL had previously sent drugs to CONTRERAS-SANDOVAL in five gallons paint buckets.

The CS advised CONTRERAS-SANDOVAL used to live in Clayton County, Georgia with two(2) other Hispanic males. The CS described one of the males as a younger Hispanic male who goes by the name of "Junior" who agents believe to be Ivan GOMEZ-GONZALES. The other male was described as an older Hispanic male who the CS was unable to identify. The CS indicated that both of the males worked for CONTRERAS-SANDOVAL. The CS advised GOMEZ was CONTRERAS-SANDOVAL's main courier who delivered the drugs to CONTRERAS-SANDOVAL's customers. The CS stated Junior would also help CONTRERAS-SANDOVAL to process and convert the liquid methamphetamine into crystal ice methamphetamine. Agents then showed the CS pictures of GOMEZ captured during previously surveillance. The CS confirmed GOMEZ was the younger male that he/she knew as Junior.

The CS advised he/she had been over to CONTRERAS-SANDOVAL's residence in Clayton County on numerous occasions. Agents identified 2204 Harbin Terrace Drive, Morrow, GA 30260 as a previous conversion lab and stash house used by CONTRERAS-SANDOVAL. Agents showed the CS a picture of the residence of 2204 Harbin Terrace Drive, and the CS confirmed that was the house he/she visited CONTRERAS-SANDOVAL.

The CS explained while he/she was visiting CONTRERAS-SANDOVAL at his residence he/she saw several paint buckets and strainers on the upstairs bedroom. The CS advised the paint buckets were five gallon buckets with orange, purple, green with Spanish labeling on it. The CS stated that CONTRERAS-SANDOVAL advised him/her that the drugs were shipped to him in the paint buckets by ABEL. The CS believed that residence was used as a conversion lab and as a stash house to store drugs. The CS explained that there was no furniture's at CONTRERAS-SANDOVAL's residence beside a mattress bed.

Agents showed the CS pictures of the paint buckets seized during surveillance on April 23, 2019. The CS advised the pictures of the paint buckets were similar to the ones that he/she saw at CONTRERAS-SANDOVAL's residence.

The CS advised that CONTRERAS-SANDOVAL had moved from 2204 Harbin Terrace Drive to 1248 Santa Anna Drive, "A", Norcross, Georgia 30093, (TARGET RESIDENCE) where they currently have a conversion lab and store the drugs. The CS stated he/she observed similar five-gallon buckets and strainers as he/she had observed at the 2204 Harbin Terrace Drive. The CS advised CONTRERAS-SANDOVAL and GOMEZ-GONZALES resides at this location. Furthermore, the CS he/she observed large amount of US Currency at the TARGET RESIDENCE.

The CS advised the last time she/he had spoken to CONTRERAS-SANDOVAL was on July 27, 2021. The CS advised the last time she visited the TARGET RESIDENCE was in March of, 2021.

The CS advised that CONTRERAS-SANDOVAL has obtained a fake Mexican passport under the fictitious name of "Jose Alberto SANCHEZ-RODRIGUEZ." The CS advised CONTRERAS-SANDOVAL utilizes the fake passport to travel throughout the United States.

The CS advised CONTRERAS-SANDOVAL drives a MINI cooper, a red truck and a black metallic Porsche Cayenne. The CS state the Porsche Cayenne belonged to CONTRERAS-SANDOVAL's customer who was an unknown African/American male. The CS advised CONTRERAS-SANDOVAL retrieved the Porsche Cayenne from the customers as a drug debt payment owed to him.

The CS advised he/she used to transport bulk US currency for CONTRERAS-SANDOVAL from Atlanta, Georgia to Harbor City, California. The CS advised he/she would utilize different vehicles with hidden concealed compartment to transport the bulk currency.

On October 21, 2021, at approximately 11:42 a.m., an agent established surveillance in the area of the TARGET RESIDENCE. The agent observed a black Porsche Cayenne, bearing Georgia tag TCQ5153, backed in the drive way of the TARGET RESIDENCE. A few moments later, the agent observed a gold Toyota Camry, bearing Georgia tag #RXT4858, arrive at the TARGET RESIDENCE. The agent observed the Camry back into the driveway of the residence and observed CONTRERAS-SANDOVAL exit the vehicle. The agent observed CONTRERAS-SANDOVAL walk towards the front left side of the TARGET RESIDENCE. Agents maintained surveillance on the TARGET RESIDENCE.

On the same day, at approximately 1:09 p.m., agents observed the gold Toyota Camry leave the driveway of the TARGET RESIDENCE. Agents maintained mobile surveillance on the Camry and followed it to a Chevron gas station located at 1251 Indian Trail Lilburn Road, Norcross, Georgia, 30093. Agents observed CONTRERAS-SANDOVAL exit the driver's seat of the Camry and go inside the Chevron. Agents took CONTRERAS-SANDOVAL into custody on an outstanding Gwinnett County Sheriff's Office warrant (S0901936) for drug related charges. While in custody,

CONTRERAS-SANDOVAL provided agents with the name of Jose Sanchez. During a search incident to arrest, agents located U.S. currency wrapped in a black rubber band in CONTRERAS-SANDOVAL pants pocket. Agents also located an Illinois Driver's license in CONTRERAS-SANDOVAL wallet depicting a photograph of CONTRERAS-SANDOVAL with the name of Jose Alberto Sanchez Rodriguez. Agents utilized a fingerprint device to confirm CONTRERAS-SANDOVAL' identity. The fingerprint device also showed the outstanding warrant for CONTRERAS-SANDOVAL in Gwinnett County.

At approximately 1:21 p.m., CONTRERAS-SANDOVAL provided verbal and written consent to a search of the Camry. During a search of the Camry, agents located a blue bag containing U.S. currency wrapped in black rubber bands consistent to the U.S. currency located on CONTRERAS-SANDOVAL' person. Agents also located multiple cellular devices and a set of keys to a Porsche vehicle. At approximately, 1:33 p.m., agents read CONTRERAS-SANDOVAL Miranda Warning and CONTRERAS-SANDOVAL agreed to speak with agents. During the interview, CONTRERAS-SANDOVAL told agents that he lives at the TARGET RESIDENCE and drives the black Porsche vehicle located at the residence. CONTRERAS-SANDOVAL told agents that he lives at the TARGET RESIDENCE with GOMEZ-GONZALEZ.

Based on the above-stated facts, I submit that this affidavit supports probable cause for a warrant authorizing the search of the Target Location for property designed for use, intended for use, or used in committing the criminal violations described herein.

Therefore I respectfully request that a search warrant be issued for:
1) 1248 Santa Anna Dr, (A) Norcross, Georgia, 30093 (Gwinnett County)

**The geographic location of the above listed specifically described person(s), property, items, articles, instruments to be searched for and seized is within GWINNETT County, Georgia, and is more particularly described as follows:**

1248 Santa Anna Dr (A)
NORCROSS, GA, 30093

**1248 Santa Anna Drive (A) is a duplex style house, with the specific address requested being on the left side. The residence has yellow siding and a white front door with the letter "A" in the middle of the door. Officers are currently on scene at the residence.**

- ☐ **NO KNOCK PROVISION SOUGHT:** I am seeking a "No Knock" provision so that entry can be made without knocking and without giving verbal notice of the lawful authority and purpose in execution of this search warrant. There are reasonable grounds to believe that the giving of verbal notice would: (check applicable)
    - ☐ greatly increase the peril to officer(s) executing this warrant;
    - ☐ lead to the immediate destruction of the evidence sought.

**In support thereof, I state the following facts**

I swear or affirm that all of the information contained in this Affidavit and all other testimony given by me is true and correct to the best of my knowledge and belief.

| Signature: 21st day of October, 2021 at 05:39:08 PM | Agency: **Lawrenceville PD** |
|---|---|
| Prosecutor: **P. Rose** | Badge No: **196** |

Sworn to and subscribed before me, **This 21st day of October, 2021 at 05:39:30 PM**

☑ **ORAL TESTIMONY, GIVEN UNDER OATH,**      ☐ **ORAL TESTIMONY NOT CONSIDERED**
**RECEIVED AND RECORDED**

| Signature: *[signed]* John K Ireland<br>21st day of October, 2021 at 05:39:30 PM | GWINNETT MAGISTRATE COURT |
|---|---|
| Magistrate: John Ireland | STATE OF GEORGIA |